UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:07-CR-73

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONNELL GREGORY | ) | |
|     Defendant. | ) | |

On 4 June 2007, pursuant to 18 U.S.C. § 3145(b), the court held a hearing on defendant's motion to revoke or amend U.S. Magistrate Judge William A. Webb's 3 May 2007 detention order. After conducting a *de novo* review, the court found defendant had rebutted the presumption of detention, see 18 U.S.C. § 3142(e). Therefore, defendant's motion is ALLOWED, and the detention order is REVOKED. By separate order, the court has imposed conditions of release on defendant.

This 6 June 2007.

_____
W. Earl Britt
Senior U.S. District Judge